```
        IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                FAYETTEVILLE DIVISION
```

KHIRY MORRIS                                              PLAINTIFF

      v.            Civil No. 13-5091

NURSE RHONDA BRADLEY;
GUARD NATHAN CONNER;
GUARD CHAD MORGAN; and
MAJOR RANDALL DENZER                                     DEFENDANTS

### O R D E R

Now on this 27th day of January, 2014, come on for consideration defendants' **Motion To Dismiss Pursuant To Local Rule 5.5(c)(2)** (document #25); defendants' **Second/Supplemental Motion To Dismiss** (document #28); and the **Report And Recommendation Of The Magistrate Judge** (document #30), to which no objection has been lodged, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, defendants' **Motion To Dismiss Pursuant To Local Rule 5.5(c)(2)** (document #25) and **Second/Supplemental Motion To Dismiss** (document #28) are **granted,** and plaintiff's claims are **dismissed with prejudice.**

IT IS SO ORDERED.

                                          /s/ Jimm Larry Hendren
                                          JIMM LARRY HENDREN
                                          UNITED STATES DISTRICT JUDGE